

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| VERONICA CHAVEZ, | § | No. 08-23-00334-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th Judicial District Court |
| MARK VARA, | § | of El Paso County, Texas |
| Appellee. | § | (TC#2012DCM10912) |

## MEMORANDUM OPINION

Appellant was declared a vexatious litigant subject to a prefiling order that prohibits her from filing any new pro se litigation relating to the property division in her Original Decree of Divorce without first obtaining permission from the local administrative judge. OFFICE OF COURT ADMINISTRATION, *List of Vexatious Litigants Subject to a Prefiling Order*, Veronica Vara, https://www.txcourts.gov/media/1456705/veronica-vera.pdf (last visited December 21, 2023); TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.101, 11.102(a). This includes "a litigation, original proceeding, appeal, or other claim." *Id*. § 11.103(a). Despite the prefiling order covering the subject matter of the present case, Appellant presented this appeal without an accompanying order permitting the filing. Because Appellant has not complied with the filing requirements of Texas

Civil Practice and Remedies Code Chapter 11 governing vexatious litigants, we dismiss the appeal. *See id.* §§ 11.01–.104.

Once a court enters a vexatious litigant order, as the one issued against Appellant, our clerk is forbidden to file an appeal subject to the order unless Appellant obtains an order from the local administrative judge authorizing the filing. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). "If the clerk mistakenly files litigation presented, pro se, by a vexatious litigant subject to a prefiling order . . . without an order from the appropriate local administrative judge" . . . Chapter 11 requires the court to stay the proceeding and "dismiss the litigation unless the [vexatious litigant], not later than the 10th day after the date the notice is filed, obtains an order from the appropriate local administrative judge described by Section 11.102(a) permitting the filing of the litigation." TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b).

By order dated December 4, 2023, this Court stayed the proceeding and gave Appellant notice that the appeal would be dismissed if she did not obtain, within ten days of the date of the stay order, permission from the local administrative judge to proceed with her pro se appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 11.102(a), 11.1035(b).

Because the December 14, 2023 deadline has passed, we lift the stay in this case. And because Appellant has not demonstrated that she obtained permission from the administrative judge to pursue this appeal, we dismiss the same. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.1035(b).

LISA J SOTO, Justice

December 21, 2023

Before Alley, C.J., Palafox, and Soto, JJ.

2